# In the United States Court of Federal Claims

| | |
|---|---|
| MISYS PHYSICIAN SYSTEMS, LLC., Plaintiff, | |
| v. | No. 06-604T<br>Filed: October 23, 2006<br>cc: Judge Firestone |
| UNITED STATES, Defendant. | |

## O R D E R

The above-captioned case has been assigned as a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Automatic ADR Referral Program and the undersigned is the ADR judge assigned to this case.

Therefore, the court, hereby, **SCHEDULES** an ADR meeting with the parties on **Friday, November 3, 2006, 3:00 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 503-5924 and defendant's counsel at (202) 307-0878. The parties should be prepared to discuss the possibility of resolving all or part of the case via alternative means.

The parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **October 30, 2006 at 12:00 p.m.** via fax (202) 357-6586. A sample ADR Confidentiality Agreement is attached to the court's General Order 40, found at the court's internet site: http://www.uscfc.uscourts.gov/adr.htm. The parties may make reasonable, appropriate changes to the sample ADR Confidentiality Agreement.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**