# In the United States Court of Federal Claims

| | |
|---|---|
| MISYS PHYSICIAN SYSTEMS, LLC,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | **No. 06-604T**<br>**Filed: November 3, 2006**<br>**cc: Judge Firestone** |

**O R D E R**

The court held an early neutral evaluation ADR Conference in the above-captioned case on November 3, 2006, with the parties appearing by telephone. This case is similar to about 20 other cases filed in the United States Court of Federal Claims. The parties advise that about half of the 20 cases are being prosecuted by the same law firm bringing the above-captioned case; the other half of the cases are being brought by other counsel. The Tax Division counsel appear to be working well with all plaintiffs' counsel in these cases. The undersigned ADR judge remains available to assist the parties if ADR efforts are appropriate. A copy of this order is being provided to the Presiding Judge in this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**